IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ALICIA B. RILEY**                                                                                           **PLAINTIFF**

v.                                              NO. 5:19CV5139

**WALMART STORES ARKANSAS, LLC**                                              **DEFENDANT**

## CLERK'S ORDER OF DISMISSAL

On this 24TH day MAY, 2021, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                 AT THE DIRECTION OF THE COURT

                 JAMIE GIANI, CLERK


              BY:  *Gayle Davis*_____
                    Deputy Clerk